UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                          §
                                                §
ELQUNNI, SUSAN M                                §        Case No. 10-73341
                                                §
                        Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                     $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $           .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $          as interim compensation and now requests a sum of $           , for a total compensation of $          $^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $          $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/DANIEL M. DONAHUE_____
                                                    Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---
$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-73341 MLB Judge: MANUEL BARBOSA | | | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|---|
| Case Name: | ELQUNNI, SUSAN M | | | | Date Filed (f) or Converted (c): | 07/02/10 (f) |
| | | | | | 341(a) Meeting Date: | 08/19/10 |
| For Period Ending: 04/09/13 | | | | | Claims Bar Date: | 03/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 318 E. Everett Ave, Crystal Lake IL 6001 | 167,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Bank of America checking account | 2.00 | 2.00 | OA | 0.00 | FA |
| 3. National City Bank checking account | 600.00 | 600.00 | OA | 0.00 | FA |
| 4. Bank of America savings account | 30.00 | 30.00 | OA | 0.00 | FA |
| 5. Bank of America | 40.00 | 40.00 | OA | 0.00 | FA |
| 6. Misc.: TV, washer, stove, refrigerator, beds, lamp | 1,300.00 | 0.00 | OA | 0.00 | FA |
| 7. Clothing | 100.00 | 0.00 | OA | 0.00 | FA |
| 8. 1996 Pontiac Sunfire 91,000 miles | 650.00 | 0.00 | OA | 0.00 | FA |
| 9. 2007 Harley Davidson Ultra Classic | 10,750.00 | 10,500.00 | OA | 3,500.00 | FA |
| 10. Computer | 200.00 | 0.00 | OA | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.17 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $180,672.00 | $11,172.00 | | $3,500.17 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Buyer of the motorcycle was making regular $250 installment payments. The buyer has moved and has stopped making

payments. Trustee is contacting the buyer regarding the arrearage.

Initial Projected Date of Final Report (TFR): 12/01/11     Current Projected Date of Final Report (TFR): 12/01/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 10-73341 -MLB | | Trustee Name: | DANIEL M. DONAHUE | |
| Case Name: | ELQUNNI, SUSAN M | | Bank Name: | Bank of America, NA | |
| | | | Account Number / CD #: | *******3325 MONEY MARKET | |
| Taxpayer ID No: | *******7848 | | | | |
| For Period Ending: | 04/09/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/30/10 | 9 | JAMES ANGUS<br>318 EVERTT AVE.<br>CRYSTAL LAKE, IL 60014 | Motorcycle installment payment | 1129-000 | 250.00 | | 250.00 |
| 12/31/10 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 250.01 |
| 01/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 250.02 |
| 04/07/11 | 9 | JAMES D. ANGUS<br>318 EVERETT AVE.<br>CRYSTAL LAKE, IL 60014 | MOTORCYCLE INSTALLMENTS (2) | 1129-000 | 500.00 | | 750.02 |
| 05/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 750.03 |
| 06/03/11 | 9 | JAMES D. ANGUS<br>318 EVERETT AVE.<br>CRYSTAL LAKE, IL 60014 | MOTORCYCLE INSTALLMENT PAYMENT | 1129-000 | 500.00 | | 1,250.03 |
| 06/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,250.04 |
| 07/29/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,250.05 |
| 08/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,250.06 |
| 09/06/11 | 9 | JAMES D. ANGUS | MOTORCYCLE INSTALLMENT | 1129-000 | 1,750.00 | | 3,000.06 |
| 09/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,000.08 |
| 10/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,000.11 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.82 | 2,996.29 |
| 11/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,996.31 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.69 | 2,992.62 |
| 12/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,992.64 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.69 | 2,988.95 |
| 01/19/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,988.97 |
| 01/19/12 | | Transfer to Acct #*******3812 | Bank Funds Transfer | 9999-000 | | 2,988.97 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | Page Subtotals | 3,000.17 | 3,000.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | |
|---|---|---|---|
| Case No: | 10-73341 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | ELQUNNI, SUSAN M | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******3325  MONEY MARKET |
| Taxpayer ID No: | *******7848 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,000.17 | 3,000.17 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 2,988.97 | |
| | | | Subtotal | | 3,000.17 | 11.20 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,000.17 | 11.20 | |

Page Subtotals                  0.00                0.00

Ver: 17.01

LFORM24

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:        10-73341  -MLB
Case Name:    ELQUNNI, SUSAN M

Taxpayer ID No:  *******7848
For Period Ending:  04/09/13

Trustee Name:                   DANIEL M. DONAHUE
Bank Name:                      CONGRESSIONAL BANK
Account Number / CD #:    *******3812  GENERAL CHECKING

Blanket Bond (per case limit):   $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3325 | Bank Funds Transfer | 9999-000 | 2,988.97 | | 2,988.97 |
| 02/14/12 | 9 | JAMES ANGUS | INSTALLMENT PAYMENT | 1129-000 | 500.00 | | 3,488.97 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 2.81 | 3,486.16 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (3/8/13) | 2600-000 | | 10.00 | 3,476.16 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,488.97 | 12.81 | 3,476.16 |
| Less:  Bank Transfers/CD's | 2,988.97 | 0.00 | |
| Subtotal | 500.00 | 12.81 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 500.00 | 12.81 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******3325 | 3,000.17 | 11.20 | 0.00 |
| GENERAL CHECKING - *******3812 | 500.00 | 12.81 | 3,476.16 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 3,500.17 | 24.01 | 3,476.16 |
| | =============== | =============== | =============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            3,488.97            12.81

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: April 17, 2013 |
|---|---|---|---|---|---|---|---|

Case Number:   10-73341
Debtor Name:   ELQUNNI, SUSAN M

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $2.81 | $2.81 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $880.00 | $880.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $27.81 | $27.81 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>American Honda Finance<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $5,463.26 | $5,463.26 |
| | Case Totals: | | | $0.00 | $6,373.88 | $6,373.88 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-73341
Case Name: ELQUNNI, SUSAN M
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ | $ | $ |

Total to be paid to timely general unsecured creditors                $_____

Remaining Balance                                          $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE