## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re: § 
 § 
ELQUNNI, SUSAN M § Case No. 10-73341
 § 
Debtor(s) § 

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/20/2013 in Courtroom 3100,
United States Courthouse
327 South Church Street
Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: /s/ Daniel M. Donahue_____
                                                                    Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ELQUNNI, SUSAN M § Case No. 10-73341
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,500.17 |
| and approved disbursements of | $ | 24.01 |
| leaving a balance on hand of[1] | $ | 3,476.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 875.04 | $ 0.00 | $ 875.04 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 880.00 | $ 0.00 | $ 880.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 27.81 | $ 0.00 | $ 27.81 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,782.85 |
| Remaining Balance | $ | 1,693.31 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,463.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 5,463.26 | $ 0.00 | $ 1,693.31 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,693.31 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

                                NONE

                         Prepared By: /s/ Daniel M. Donahue
                                          Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                       Case No. 10-73341-TML
Susan M Elqunni                                              Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: lorsmith              Page 1 of 2                  Date Rcvd: Apr 30, 2013
                              Form ID: pdf006             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2013.
db           #+Susan M Elqunni,    318 E. Everett Ave,    Crystal Lake, IL 60014-7163
15803225     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
15803226     +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,   Greensboro, NC 27420-6012
15803227      Blatt, Hansenmiller, Leibsker & Moo,    125 South Wacker Drive,    Suite 400,
               Chicago, IL 60606-4440
15803231     +Citibank Sd, Na,   Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15803232     +Citibank Usa,   Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
15803233     +Citifinancial Retail S,    Citifinancial/Attn: Bankruptcy Dept,    1111 Northpoint Dr,
               Coppell, TX 75019-3831
15803235     +MRS Associates, Inc.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15803223     +E-mail/Text: KM@ARCONCEPTSINC.COM May 01 2013 02:46:52      A/r Concepts,    2320 Dean St,
               Saint Charles, IL 60175-1068
15803224      E-mail/Text: ebnbankruptcy@ahm.honda.com May 01 2013 02:44:07       American Honda Finance,
               Attn: Bankruptcy,    3625 West Royal Lane Suite 200,    Irving, TX 75063
16796047      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 01 2013 03:05:22
               American InfoSource LP as agent for,    American Honda Finance,    PO Box 248838,
               Oklahoma City, OK 73124-8838
15803228     +E-mail/Text: bankruptcy@cavps.com May 01 2013 04:42:03      Calvary Portfolio Services,
               Attention: Bankruptcy Department,    Po Box 1017,   Hawthorne, NY 10532-7504
15803230     +E-mail/Text: contact@csicollects.com May 01 2013 02:46:55       Certified Services Inc,
               Po Box 177,   Waukegan, IL 60079-0177
15803234      E-mail/Text: cio.bncmail@irs.gov May 01 2013 02:33:34       Internal Revenue Service,
               P.O. Box 21126,   Philadelphia, PA 19114
15803237      E-mail/Text: bankruptcydepartment@ncogroup.com May 01 2013 04:25:46       Nco-medclr,    Po Box 8547,
               Philadelphia, PA 19101
15803236     +E-mail/Text: bankruptcydepartment@ncogroup.com May 01 2013 04:25:46
               NCO Financial Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15803229*    +Calvary Portfolio Services,    Attention: Bankruptcy Department,    Po Box 1017,
               Hawthorne, NY 10532-7504
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2013**                **Signature:** *Joseph Speetjens*

Case 10-73341    Doc 27    Filed 04/30/13    Entered 05/03/13 00:07:09    Desc Imaged
                         Certificate of Notice    Page 6 of 6

```
District/off: 0752-3          User: lorsmith              Page 2 of 2              Date Rcvd: Apr 30, 2013
                              Form ID: pdf006             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2013 at the address(es) listed below:

```
          Carole J. Ryczek    on behalf of Trustee Daniel  Donahue carole.ryczek@usdoj.gov
          Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
           ddonahue@ecf.epiqsystems.com
          Daniel  Donahue     ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
          Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
          James A Young    on behalf of Debtor Susan M Elqunni jyoung@youngbklaw.com,
           Sarai@youngbklaw.com;ylara@youngbklaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Todd J  Ruchman    on behalf of Creditor   Bank Of America, N.A., truchman@fisherandshapirolaw.com,
           BK_IL_Notice@fisherandshapirolaw.com
                                                                                             TOTAL: 7
```