UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ELQUNNI, SUSAN M § Case No. 10-73341
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>   ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____     By: /s/DANIEL M. DONAHUE _____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attn: Bankruptcy NC4-105-02-77 Po Box 26012 Greensboro, NC 27410 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A/r Concepts 2320 Dean St Saint Charles, IL 60175 | | | | | |
| | Calvary Portfolio Services Attention: Bankruptcy Department Po Box 1017 Hawthorne, NY 10532 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Calvary Portfolio Services Attention: Bankruptcy Department Po Box 1017 Hawthorne, NY 10532 | | | | | |
| | Certified Services Inc Po Box 177 Waukegan, IL 60079 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Citifinancial Retail S Citifinancial/Attn: Bankruptcy Dept 1111 Northpoint Dr Coppell, TX 75019 | | | | | |
| | Nco-medclr Po Box 8547 Philadelphia, PA 19101 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-73341 MLB Judge: MANUEL BARBOSA | | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | ELQUNNI, SUSAN M | | | Date Filed (f) or Converted (c): | 07/02/10 (f) |
| | | | | 341(a) Meeting Date: | 08/19/10 |
| For Period Ending: | 06/11/13 | | | Claims Bar Date: | 03/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 318 E. Everett Ave, Crystal Lake IL 6001 | 167,000.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America checking account | 2.00 | 0.00 | | 0.00 | FA |
| 3. National City Bank checking account | 600.00 | 0.00 | | 0.00 | FA |
| 4. Bank of America savings account | 30.00 | 0.00 | | 0.00 | FA |
| 5. Bank of America | 40.00 | 0.00 | | 0.00 | FA |
| 6. Misc.: TV, washer, stove, refrigerator, beds, lamp | 1,300.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 8. 1996 Pontiac Sunfire 91,000 miles | 650.00 | 0.00 | | 0.00 | FA |
| 9. 2007 Harley Davidson Ultra Classic | 10,750.00 | 10,500.00 | | 3,500.00 | FA |
| 10. Computer | 200.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.17 | FA |

TOTALS (Excluding Unknown Values)   $180,672.00   $10,500.00         $3,500.17   Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The debtor prior to filing the bankruptcy sold a motorcycle to an individual on an installment basis without taking a
security interest in the motorcycle. The individual has stopped making payments and is not responding to any demands by
the trustee. It doesn't appear that the trustee will be able to recover anything additional on the mortorcycle and,
therefore, the trustee has proceeded to prepare the final report.

Initial Projected Date of Final Report (TFR): 12/01/11    Current Projected Date of Final Report (TFR): 12/01/12

LFORM1

Ver: 17.02d

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-73341 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ELQUNNI, SUSAN M | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******3325  MONEY MARKET |
| Taxpayer ID No: | *******7848 | | |
| For Period Ending: | 06/11/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/30/10 | 9 | JAMES ANGUS<br>318 EVERTT AVE.<br>CRYSTAL LAKE, IL 60014 | Motorcycle installment payment | 1129-000 | 250.00 | | 250.00 |
| 12/31/10 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 250.01 |
| 01/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 250.02 |
| 04/07/11 | 9 | JAMES D. ANGUS<br>318 EVERETT AVE.<br>CRYSTAL LAKE, IL  60014 | MOTORCYCLE INSTALLMENTS (2) | 1129-000 | 500.00 | | 750.02 |
| 05/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 750.03 |
| 06/03/11 | 9 | JAMES D. ANGUS<br>318 EVERETT AVE.<br>CRYSTAL LAKE, IL  60014 | MOTORCYCLE INSTALLMENT PAYMENT | 1129-000 | 500.00 | | 1,250.03 |
| 06/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,250.04 |
| 07/29/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,250.05 |
| 08/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,250.06 |
| 09/06/11 | 9 | JAMES D. ANGUS | MOTORCYCLE INSTALLMENT | 1129-000 | 1,750.00 | | 3,000.06 |
| 09/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,000.08 |
| 10/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,000.11 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.82 | 2,996.29 |
| 11/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,996.31 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.69 | 2,992.62 |
| 12/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,992.64 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.69 | 2,988.95 |
| 01/19/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,988.97 |
| 01/19/12 | | Transfer to Acct #*******3812 | Bank Funds Transfer | 9999-000 | | 2,988.97 | 0.00 |

Page Subtotals     3,000.17     3,000.17

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 10-73341 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ELQUNNI, SUSAN M | Bank Name: | Bank of America, NA |
|  |  | Account Number / CD #: | *******3325 MONEY MARKET |
| Taxpayer ID No: | *******7848 |  |  |
| For Period Ending: | 06/11/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,000.17 | 3,000.17 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 2,988.97 | |
| | | | Subtotal | | 3,000.17 | 11.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,000.17 | 11.20 | |

Page Subtotals  0.00  0.00

Ver: 17.02d

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-73341 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ELQUNNI, SUSAN M | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******3812  GENERAL CHECKING |
| Taxpayer ID No: | *******7848 | | |
| For Period Ending: | 06/11/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3325 | Bank Funds Transfer | 9999-000 | 2,988.97 | | 2,988.97 |
| 02/14/12 | 9 | JAMES ANGUS | INSTALLMENT PAYMENT | 1129-000 | 500.00 | | 3,488.97 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 2.81 | 3,486.16 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 3,476.16 |
| 05/20/13 | 000101 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 875.04 | 2,601.12 |
| 05/20/13 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 880.00 | 1,721.12 |
| 05/20/13 | 000103 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 27.81 | 1,693.31 |
| 05/20/13 | 000104 | American InfoSource LP as agent for American Honda Finance PO Box 248838 Oklahoma City, OK 73124-8838 | Claim 000001, Payment 31.0% | 7100-000 | | 1,693.31 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,488.97 | 3,488.97 | 0.00 |
| Less:  Bank Transfers/CD's | 2,988.97 | 0.00 | |
| Subtotal | 500.00 | 3,488.97 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 500.00 | 3,488.97 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********3325 | 3,000.17 | 11.20 | 0.00 |
| GENERAL CHECKING - ********3812 | 500.00 | 3,488.97 | 0.00 |
| | 3,500.17 | 3,500.17 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals    3,488.97    3,488.97

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-73341 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | ELQUNNI, SUSAN M | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******3812 GENERAL CHECKING |
| Taxpayer ID No: | *******7848 | | | |
| For Period Ending: | 06/11/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - ********3325 | | Transfers) | To Debtors) | On Hand |
| | | | GENERAL CHECKING - ********3812 | | | | |

Page Subtotals    0.00    0.00

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*